

## MEMORANDUM OPINION

No. 04-09-00045-CV

### IN RE JON HENDRICKS

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:   February 18, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relator's petition for a writ of mandamus and is of the opinion the relator is not entitled to the relief sought. Accordingly, relator's petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 1997-CI-07786, styled *Order for Sanctions and Striking Pleadings*, pending in the 57th District Court, Bexar County, Texas, the Honorable Fred Shannon presiding.